Jahan Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
Molly Frandsen (Cal. Bar No. 320094)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: rsun@outtengolden.com
E-Mail: mfrandsen@outtengolden.com

Steven M. Tindall (Cal. Bar No. 187862)
Aaron Blumenthal (Cal. Bar No. 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: 510-350-9700
Fascimile: 510-350-9701
E-Mail: smt@classlawgroup.com
E-Mail: ab@classlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCICO DIVISION

| | |
|---|---|
| R. Harriman,<br><br>  Plaintiff,<br><br>v.<br><br>DoorDash, Inc.,<br><br>  Defendant. | CASE NO. 3:19-cv-06411-LB<br><br>**DECLARATION OF JAHAN C. SAGAFI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO STAY**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Hearing Place: N/A<br>Judge: Hon. Laurel Beeler |

I, Jahan C. Sagafi, declare:

1. I am a partner at Outten & Golden, LLP ("O&G"), attorney for Plaintiff R. Harriman in the above-captioned action. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This Declaration is submitted in support of the Plaintiff's Opposition to Defendant's Administrative Motion to Stay Pending Final Approval of Settlement.

3. I am a member in good standing of the bar of the State of California and the U.S. District Court for the Northern District of California.

4. Attached as **Exhibit A** is a true and correct copy of an excerpt of the November 25, 2019 Hearing Transcript in *Abernathy v. DoorDash, Inc.*, No. 19-cv-7545-WHA (N.D. Cal.).

5. Attached as **Exhibit B** is a true and correct copy of LaRonda Robinson's Opposition to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed in *Marciano v. DoorDash, Inc.*, Case No. CGC-18-567869 (Cal. Sup. Ct. S.F. Cnty.), on December 4, 2019.

\* \* \*

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of December, 2019, at San Francisco, California.

_____
Jahan C. Sagafi