GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| R. HARRIMAN,<br><br>            Plaintiff,<br><br>   v.<br><br>DOORDASH, INC.,<br><br>            Defendant. | CASE NO. 3:19-cv-06411-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Action Filed:  October 7, 2019<br><br>Honorable Magistrate Judge Laurel Beeler |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION
TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:19-CV-06411-LB

| | |
|---|---|
| 1 | This matter is before the Court on DoorDash, Inc.'s Administrative Motion to Stay Pending |
| 2 | Final Approval of Class Settlement. After full consideration of the arguments, the Court finds that a |
| 3 | stay is in the best interests of judicial efficiency and comity. Accordingly, the Court hereby GRANTS |
| 4 | DoorDash's Motion and STAYS this case pending final approval of the class settlement in *Marciano* |
| 5 | *v. DoorDash, Inc.*, No. CGC-18-567869 (S.F. Superior Court). |

**IT IS SO ORDERED.**

DATED: December 16, 2019

_____
Honorable Laurel Beeler
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION
TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
CASE NO. 3:19-CV-06411-LB

Gibson, Dunn & Crutcher LLP